# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY LASKY | : | CIVIL ACTION |
| vs. | : | |
| PERSOPOLIS, INC, ET AL. | : | NO 11-2800 |

## O R D E R

**AND NOW, TO WIT:** This 10th day of May, 2012, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

s/Lisa Brady

**BY:** _____

Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO: